**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus Octavio SANDOVAL– TALAVERA, Defendant– Appellant.**

**No. 11–10599.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 24, 2012.

Erica McCallum, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Alfred Islas, Attorney-at-Law, Tucson, AZ, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jesus Octavio Sandoval–Talavera appeals from the 24–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sandoval–Talavera first contends that the district court procedurally erred by failing to explain adequately the basis for imposing a consecutive sentence. The record reflects that the court considered the parties' arguments and adequately explained the sentence. *See United States v. Carty,* 520 F.3d 984, 992 (9th Cir.2008) (en banc).

Sandoval–Talavera next contends that his sentence is substantively unreasonable. In light of Sandoval–Talavera's lengthy criminal history, failure to be deterred, and breach of trust, the sentence is substantively reasonable. *See* 18 U.S.C. § 3583(e); *United States v. Miqbel,* 444 F.3d 1173, 1182 (9th Cir.2006) (at a revocation sentencing, a district court may sanction the defendant for his breach of trust).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.